**United States District Court**

For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7

8   **ANDREW MELOMET**

9            Plaintiff(s),                    No. C-**12-3101** EDL

10         v.                                 **ORDER OF CONDITIONAL DISMISSAL**

11  **CITY AND COUNTY OF SAN FRANCISCO**
    **HUMAN SERVICES AGENCY**
12
            Defendant.
13  _____/

14

15        The Court having been advised that the parties have agreed to a settlement of this case,

16        IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate

17  on or before June 21, 2013 for the purpose of proceeding with the litigation in the event a settlement has

18  not been completed prior to that date.  In the event a request to reinstate the case is not filed and served

19  on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

20

21  IT IS SO ORDERED.

22

23  Dated: April 18, 2013

24                                            _____
                                              ELIZABETH D. LAPORTE
25                                            United States Chief Magistrate Judge

26

27

28