**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:    415/981-9788
Facsimile:    415/981-9798
Email:         RogersRMR@aol.com

Attorneys for Plaintiff
**ANDREW MELOMET**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MELOMET,               )<br>                                             )<br>          Plaintiff,                )<br>                                             )<br>     v.                                  )<br>                                             )<br>CITY AND COUNTY OF SAN FRANCISCO )<br>HUMAN SERVICES AGENCY, AND DOES )<br>1 THROUGH 5, INCLUSIVE,         )<br>                                             )<br>          Defendants.             )<br>_____) | **Case No.:  C12-03101 EDL**<br><br>Case filed:           02/02/12<br>Case removed:     06/15/12<br>Case reassigned:  10/05/12, 11/13/12<br>Trial date:           TBA<br><br>**STIPULATION TO DISMISSAL OF ACTION; ORDER**_____ |

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Respectfully submitted,

Dated: 07/18/13                    LAW OFFICE OF RICHARD M. ROGERS

By: /s/ Richard M. Rogers
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 10/28/13                    DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
ANDREW GSCHWIND
Deputy City Attorney

By: /s/ Andrew Gschwind
ANDREW GSCHWIND
Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: 10/29/13                    By: *[signature]*
**ELIZABETH D. LAPORTE**
CHIEF MAGISTRATE JUDGE
U.S. DISTRICT COURT