**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:	415/981-9788
Facsimile:	415/981-9798
Email:	RogersRMR@aol.com

Attorneys for Plaintiff
**ANDREW MELOMET**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MELOMET,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY AND COUNTY OF SAN FRANCISCO HUMAN SERVICES AGENCY, AND DOES 1 THROUGH 5, INCLUSIVE,<br><br>             Defendants. | **Case No.: C12-03101 EDL**<br><br>Case filed:           02/02/12<br>Case removed:     06/15/12<br>Case reassigned:  10/05/12, 11/13/12<br>Trial date:            TBA<br><br>**STIPULATION TO DISMISSAL OF ACTION; ORDER** |

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Respectfully submitted,

Dated: _____07/18/13_____    LAW OFFICE OF RICHARD M. ROGERS


By:_____/s/ Richard M. Rogers_____
       RICHARD M. ROGERS
       Attorneys for Plaintiff

Dated: __10/28/13_____    DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
ANDREW GSCHWIND
Deputy City Attorney


By:_/s/ Andrew Gschwind_____
       ANDREW GSCHWIND
       Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: 10/29/13          By: *[signature]*
**ELIZABETH D. LAPORTE**
CHIEF MAGISTRATE JUDGE
U.S. DISTRICT COURT